# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GUZMAN, NORMA A | § | Case No. 08-17230 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on           . The case was converted to one under Chapter 7 on                . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH R. VOILAND_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No:      08-17230      RG      Judge: MANUEL BARBOSA           Trustee Name:            JOSEPH R. VOILAND
Case Name:    GUZMAN, NORMA A                                        Date Filed (f) or Converted (c):  01/18/13 (c)
                                                                     341(a) Meeting Date:     02/25/13
For Period Ending: 05/20/14                                          Claims Bar Date:         02/12/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1317 Monomoy St., Apt A, Aurora, IL | 103,000.00 | 0.00 | | 0.00 | FA |
| 2. 1321 Monomoy St., Apt E, Aurora, IL | 120,000.00 | 94,313.00 | | 6,000.00 | FA |
| 3. Cash | 25.00 | 0.00 | | 0.00 | FA |
| 4. checking acct - Citibank | 40.50 | 0.00 | | 0.00 | FA |
| 5. checking acct - Washington Mutual | 40.00 | 0.00 | | 0.00 | FA |
| 6. savings acct - Washington mutual | 15.00 | 0.00 | | 0.00 | FA |
| 7. savings acct - Washington Mutual | 75.00 | 0.00 | | 0.00 | FA |
| 8. Security Deposit - Com-Ed | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Toyota Corolla | 9,000.00 | 0.00 | | 0.00 | FA |

                                                                                                      Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)       $233,245.50          $94,313.00                $6,000.00                $0.00
                                                                                          (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/14      Current Projected Date of Final Report (TFR): 06/15/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 08-17230 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | GUZMAN, NORMA A | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1875 Checking Account |
| Taxpayer ID No: | *******6612 | | | |
| For Period Ending: | 05/20/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,990.00 | | 4,990.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 4,990.00 | 20.00 | 4,970.00 |
| Less: Bank Transfers/CD's | 4,990.00 | 0.00 | |
| Subtotal | 0.00 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 20.00 | |

Page Subtotals 4,990.00 20.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-17230 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | GUZMAN, NORMA A | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0705 Checking Account |
| Taxpayer ID No: | *******6612 | | | |
| For Period Ending: | 05/20/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/14 | 2 | Juvenito Guzman | | 1110-000 | 6,000.00 | | 6,000.00 |
| 02/20/14 | 001001 | ReMax Great American North | real estate broker commission | 3510-000 | | 1,000.00 | 5,000.00 |
| | | 40W160 Campton Crossing Dr. | | | | | |
| | | St. Charles, IL 60175 | | | | | |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,990.00 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 4,990.00 | |
| Subtotal | | 6,000.00 | 1,010.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 6,000.00 | 1,010.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********1875 | 0.00 | 20.00 | 4,970.00 |
| Checking Account - ********0705 | 6,000.00 | 1,010.00 | 0.00 |
| | 6,000.00 | 1,030.00 | 4,970.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,000.00    6,000.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.05c

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 20, 2014 |
|---|---|---|---|---|---|---|

Case Number:  08-17230  
Debtor Name:  GUZMAN, NORMA A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $1,350.00 | $0.00 | $1,350.00 |
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $121.07 | $0.00 | $121.07 |
| 001<br>3110-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $914.50 | $0.00 | $914.50 |
| 001<br>3120-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $6.11 | $0.00 | $6.11 |
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| 000001<br>070<br>7100-00 | Earthmover Credit Union<br>C/O Steven D. Titiner<br>1700 N. Farnsworth Ave, Suite 11<br>Aurora, IL 60505 | Unsecured | | $1,286.43 | $0.00 | $1,286.43 |
| 000002<br>070<br>7100-00 | T Mobile USA Inc<br>PO Box 53410<br>Bellevue, WA 98015-3410 | Unsecured | | $612.43 | $0.00 | $612.43 |
| 000003<br>070<br>7100-00 | East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Unsecured | | $1,814.47 | $0.00 | $1,814.47 |
| 000004<br>070<br>7100-00 | T Mobile USA Inc<br>PO Box 53410<br>Bellevue, WA 98015-3410 | Unsecured | | $327.98 | $0.00 | $327.98 |
| 000006<br>070<br>7100-00 | Asset Acceptance LLC<br>Assignee/GE Capital-Wal-mart<br>Po Box 2036<br>Warren MI 48090 | Unsecured | | $644.44 | $0.00 | $644.44 |
| 000008<br>070<br>7100-00 | Toyota Motor Credit Corporation<br>Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355 | Unsecured | | $11,822.91 | $0.00 | $11,822.91 |
| 000009<br>070<br>7100-00 | Portfolio Recovery Assocs., LLC<br>POB 41067<br>Norfolk, VA. 23541 | Unsecured | | $350.64 | $0.00 | $350.64 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 20, 2014 |

Case Number:  08-17230  
Debtor Name:  GUZMAN, NORMA A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Portfolio Recovery Assocs., LLC POB 41067 Norfolk, VA. 23541 | Unsecured | | $312.90 | $0.00 | $312.90 |
| 000011 070 7100-00 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000012 070 7100-00 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005 050 4110-00 | U.S. Bank National Association c/o Codilis & Associates, P.C. 15W030 North Frontage Road, Suite 100 Burr Ridge, IL 60527 | Secured | | $0.00 | $0.00 | $0.00 |
| 000007 050 4110-00 | CITIMORTGAGE,INC. POST OFFICE BOX 829009 DALLAS, TEXAS 75382 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $19,856.88 | $0.00 | $19,856.88 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-17230
Case Name: GUZMAN, NORMA A
Trustee Name: JOSEPH R. VOILAND

Balance on hand　　　　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | U.S. Bank National Association | $ | $ | $ | $ |
| 000007 | CITIMORTGAGE,INC. | $ | $ | $ | $ |

Total to be paid to secured creditors　　　　　　　　　　$_____

Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses　　$_____

Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Earthmover Credit Union | $ | $ | $ |
| 000002 | T Mobile USA Inc | $ | $ | $ |
| 000003 | East Bay Funding | $ | $ | $ |
| 000004 | T Mobile USA Inc | $ | $ | $ |
| 000006 | Asset Acceptance LLC | $ | $ | $ |
| 000008 | Toyota Motor Credit Corporation | $ | $ | $ |
| 000009 | Portfolio Recovery Assocs., LLC | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Portfolio Recovery Assocs., LLC | $ | $ | $ |
| 000011 | American InfoSource LP as agent for | $ | $ | $ |
| 000012 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE