UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GUZMAN, NORMA A § Case No. 08-17230
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase P.O. Box 78116 Phoenix, AZ 85062-8116 |  |  |  |  |  |
|  | Citimortgage PO Box 9438 Dept 0 Gaithersburg, MD 20898-9438 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services P.O. Box 5855 Carol Stream, IL 60197-5855 | | | | | |
| 000007 | CITIMORTGAGE,INC. | | | | | |
| 000005 | U.S. BANK NATIONAL ASSOCIATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CB | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORTH, REMAX GREAT AMERICAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allstate Insurance Company C/O Credit Collection Services Two Wells Ave, Dept 9135 Newton, MA 02459 | | | | | |
| | Anderson Insurance Brokers, Inc. 1831 E. Roosevelt Rd. Wheaton, IL 60187 | | | | | |
| | Brian R. Tonner, D.D.S. 541 Sullivan Road Aurora, IL 60506 | | | | | |
| | Diversified Consultants P.O. Box 551268 Jacksonville, FL 32255 | | | | | |
| | Diversified Consultants P.O. Box 551268 Jacksonville, FL 32255 | | | | | |
| | Earthmover Credit Union C/O Steven D. Titiner 1700 N. Farnsworth Ave, Suite 11 Aurora, IL 60505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Capital-Walmart C/O Eagle Recovery Associates, Inc. 424 SW Washington Street, 3rd Floor Peoria, IL 61602 | | | | | |
| | GE Capital/The Gap C/O Central Credit Services P.O. Box 15118 Jacksonville, FL 32239-5118 | | | | | |
| | GEMB/JCP PO Box 981402 El Paso, TX 79998 | | | | | |
| | GEMB/JCP PO Box 981402 El Paso, TX 79998 | | | | | |
| | HY Cite Finance P.O. Box 2904 Milwaukee, WI 53201-2904 | | | | | |
| | HyCite Serv Royal Prestige 333 Holtzman Rd. Madison, WI 53713 | | | | | |
| | I.C. System, Inc. 444 Highway 96 East P.O. Box 64887 St. Paul, MN 55164-0887 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding LLC PO Box 10497 Greenville, SC  29603-0584 | | | | | |
| | LVNV Funding LLC PO Box 10497 Greenville, SC  29603-0584 | | | | | |
| | Liberty Mutual Group C/O Thomas George Associates, LTD PO Box 30 East Northport, NY  11731-0030 | | | | | |
| | Medical Business Bereau, LLC. PO Box 1219 Park Ridge, IL  60068 | | | | | |
| | Pellettieri & Associates, LTD PO Box 536 Linden, MI  48451-0536 | | | | | |
| | Provena Mercy Center 1325 N Highland Avenue Aurora, IL  60506 | | | | | |
| | Resurgence Financial, LLC Legal Department 4100 Commercial Avenue Northbrook, IL  60062 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Credit Cards P.O. Box 6283 Sious Falls, SD  57117-6283 | | | | | |
| | T-Mobile P.O. Box 742596 Cincinnati, OH  45274-2596 | | | | | |
| | T-Mobile P.O. Box 742596 Cincinnati, OH  45274-2596 | | | | | |
| | Washington Mutual Payment Processing P.O. Box 660548 Dallas, TX  75266-0548 | | | | | |
| 000011 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | ASSET ACCEPTANCE LLC | | | | | |
| 000001 | EARTHMOVER CREDIT UNION | | | | | |
| 000003 | EAST BAY FUNDING | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCS., LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCS., LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | T MOBILE USA INC | | | | | |
| 000004 | T MOBILE USA INC | | | | | |
| 000008 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-17230 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GUZMAN, NORMA A | | Date Filed (f) or Converted (c): | 01/18/13 (c) |
| | | | 341(a) Meeting Date: | 02/25/13 |
| For Period Ending: | 05/20/14 | | Claims Bar Date: | 02/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1317 Monomoy St., Apt A, Aurora, IL | 103,000.00 | 0.00 | | 0.00 | FA |
| 2. 1321 Monomoy St., Apt E, Aurora, IL | 120,000.00 | 94,313.00 | | 6,000.00 | FA |
| 3. Cash | 25.00 | 0.00 | | 0.00 | FA |
| 4. checking acct - Citibank | 40.50 | 0.00 | | 0.00 | FA |
| 5. checking acct - Washington Mutual | 40.00 | 0.00 | | 0.00 | FA |
| 6. savings acct - Washington mutual | 15.00 | 0.00 | | 0.00 | FA |
| 7. savings acct - Washington Mutual | 75.00 | 0.00 | | 0.00 | FA |
| 8. Security Deposit - Com-Ed | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Toyota Corolla | 9,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $233,245.50   $94,313.00   $6,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/14   Current Projected Date of Final Report (TFR): 06/15/14

LFORM1    Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-17230 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GUZMAN, NORMA A | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1875 Checking Account |
| Taxpayer ID No: | *******6612 | | |
| For Period Ending: | 10/02/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,990.00 | | 4,990.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 07/11/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,350.00 | 3,620.00 |
| 07/11/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 121.07 | 3,498.93 |
| 07/11/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3110-000 | | 914.50 | 2,584.43 |
| 07/11/14 | 003004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3120-000 | | 6.11 | 2,578.32 |
| 07/11/14 | 003005 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 293.00 | 2,285.32 |
| 07/11/14 | 003006 | Earthmover Credit Union<br>C/O Steven D. Titiner<br>1700 N. Farnsworth Ave, Suite 11<br>Aurora, IL 60505 | | 7100-000 | | 171.20 | 2,114.12 |
| 07/11/14 | 003007 | T Mobile USA Inc<br>PO Box 53410<br>Bellevue, WA 98015-3410 | | 7100-000 | | 81.50 | 2,032.62 |
| 07/11/14 | 003008 | East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | | 7100-000 | | 241.47 | 1,791.15 |
| | | | Page Subtotals | | 4,990.00 | 3,198.85 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-17230 -RG | |
| Case Name: | GUZMAN, NORMA A | |
| Taxpayer ID No: | *******6612 | |
| For Period Ending: | 10/02/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Associated Bank | |
| Account Number / CD #: | *******1875 Checking Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/11/14 | 003009 | T Mobile USA Inc<br>PO Box 53410<br>Bellevue, WA 98015-3410 | | 7100-000 | | 43.65 | 1,747.50 |
| 07/11/14 | 003010 | Asset Acceptance LLC<br>Assignee/GE Capital-Wal-mart<br>Po Box 2036<br>Warren MI 48090 | | 7100-000 | | 85.77 | 1,661.73 |
| 07/11/14 | 003011 | Toyota Motor Credit Corporation<br>Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355 | | 7100-000 | | 1,573.42 | 88.31 |
| 07/11/14 | 003012 | Portfolio Recovery Assocs., LLC<br>POB 41067<br>Norfolk, VA. 23541 | | 7100-000 | | 46.66 | 41.65 |
| 07/11/14 | 003013 | Portfolio Recovery Assocs., LLC<br>POB 41067<br>Norfolk, VA. 23541 | | 7100-000 | | 41.65 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,990.00 | 4,990.00 | 0.00 |
| Less: Bank Transfers/CD's | 4,990.00 | 0.00 | |
| Subtotal | 0.00 | 4,990.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,990.00 | |

Page Subtotals  0.00  1,791.15

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-17230 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GUZMAN, NORMA A | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0705  Checking Account |
| Taxpayer ID No: | *******6612 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/14 | 2 | Juvenito Guzman | | 1110-000 | 6,000.00 | | 6,000.00 |
| 02/20/14 | 001001 | ReMax Great American North | real estate broker commission | 3510-000 | | 1,000.00 | 5,000.00 |
| | | 40W160 Campton Crossing Dr. | | | | | |
| | | St. Charles, IL 60175 | | | | | |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,990.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 4,990.00 | |
| Subtotal | | | 6,000.00 | 1,010.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| Net | | | 6,000.00 | 1,010.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1875 | 0.00 | 4,990.00 | 0.00 |
| Checking Account - ********0705 | 6,000.00 | 1,010.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     6,000.00     6,000.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*